UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re:                                                                                                        Bankr. Case No. 21-59327

Makeba Michelle Johnson                                                                         Chapter 7

     Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Mercedes-Benz Financial Services USA LLC
        c/o BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011


        BK Servicing, LLC


        By  /s/ Ed Gezel


        Ed Gezel, Agent
        BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011
        651-366-6390
        notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on January 4, 2022 :

Julius M. King
Julius King, LLC
P. O. Box 35
Bonaire, GA 31005

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

By /s/ Ed Gezel, Agent
    Ed Gezel

518264